**UNDER SEAL**

AO 91 (Rev. 11/11) Criminal Complaint

F I L E D
SEP 27 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 1:18-mj-458 |
| Sean Slattery ) | |
| Renee Skye ) | |
| ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2017 to September 2018__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Devising or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises for the purpose of executing such scheme or artifice or attempting so to do, having caused to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or taken or received therefrom, any such matter or thing, or having knowingly caused to be delivered by mail or such carrier according to the direction thereon. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Speare Hodges/AUSA Patricia Giles

*Complainant's signature*

Ray Campbell, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 27 Sep 18

City and state: __Alexandria, VA__

/s/
Ivan D. Davis
**United States Magistrate Judge**